**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

| | | |
|---|---|---|
| SOUTH DELTA AVIATION, INC. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO.  2:11CV00091 SWW |
| ALLIANZ GLOBAL RISKS US | * | |
| INSURANCE COMPANY | * | |
| | * | |
| Defendant | | |

## JUDGMENT

Pursuant to the Court's Order entered the 3ᴿᴰ DAY OF APRIL, 2012 (Docket Entry No. 26), judgment against the defendant, Allianz Global Risks US Insurance Company, is entered as follows:

1.Policy limits of $1,000,000 less the deductible of $1,000 resulting in damages of $999,000;

2.A statutory penalty of twelve percent (12%), pursuant to *A.C.A. § 23-79-208*, in the amount $119,880;

3.Prejudgment interest at the rate of six percent (6%) per annum to be applied from the date of loss, August 6, 2010, against the policy amount of $999,000; and

4.Costs, representing the filing fee for this action, in the amount of $350.

IT IS THEREFORE ORDERED AND ADJUDGED that South Delta Aviation, Inc., have and recover judgment against Allianz Global Risks US Insurance Company in the

amount of $1,119,230, together with prejudgement interest as set forth above, and additional interest at the legal rate from this date until paid.

IT IS SO ORDERED THIS 6TH DAY OF APRIL, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE